# **CIVIL CAUSE FOR JURY TRIAL**

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** June 16, 2014
**TIME:** 9:20 to 9:45, 10:20 to 11:40, 1:00 to 1:05
(1 Hrs. 50 Mins.)

**DOCKET:** 11-CV-4665 (LDW)(WDW)
**TITLE:** Cooper v. Huntington Union Free School District

**APPEARANCES:**
- Plaintiff(s) represented by:
  - **Patrick J. Boyd, Esq.**
  - **William Kaining Li, Esq.**

- Defendant(s) represented by:
  - **Leo Dorfman, Esq.**
  - **Adam Kleinberg, Esq.**

- Court Reporter: **Owen Wicker**

- Courtroom Deputy: Eric L. Russo

---

✓ Charge conference held with the Court and counsel.

✓ Trial continued from June 12, 2014.

✓ Plaintiff's closing arguments heard.

✓ Defendant's closing arguments heard.

✓ The Court charged the jury on the facts and law.

✓ Jurors retire to the jury room for deliberations.

✓ Verdict rendered in favor of the Defendants.

✓ Jurors are excused with the thanks of the Court.

✓ Proceedings concluded.