FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ JUN 16 2014 ★

LONG ISLAND OFFICE

VERDICT SHEET

Re: Cooper v. Huntington School District
CV 11-4665

## Plaintiff's Claim

1. Was Plaintiff's pregnancy a motivating factor in the decision to deny Plaintiff a position?

   YES _____     NO ✓ _____

If you answered NO to Question 1, return to courtroom.
If you answered YES to Question 1, proceed to answer Question 2.

2. Has Defendant proven by a preponderance of the evidence that it would have taken the same action even if Defendant had not considered Plaintiff's pregnancy?

   YES _____     NO _____

If you answered YES to Question 2, return to courtroom.
If you answered NO to Question 2, proceed to answer question 3 "Damages."

**You will only answer Question 3 "Damages" if:**

**You answered "YES" to Question 1 AND "NO" to Question 2.**

COURT EXHIBIT
11-CV-4665
2

## Damages

## DAMAGES INSTRUCTIONS

3. What damages is Plaintiff entitled to recover as a result of Defendant's action for pain, suffering, inconvenience and mental anguish damages:

   $ _____

   **OR**

   Nominal Damages:

   $ _____