# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

------------------------------X
Cooper

              **Plaintiff**

-against-

Huntington Union Free
School District

              **Defendant**

------------------------------X

<u>**SUSTENANCE ORDER**</u>

11-CV-4665 (LDW)(WDW)

    **ORDERED** that the Clerk of the Court provide lunch to the eight (8) empanelled jurors on this case during their deliberations.

Dated: June 17, 2014
Central Islip, New York

s/ Leonard D. Wexler
**Leonard D. Wexler**
Senior U.S.D.J.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY
★ JUN 17 2014 ★
LONG ISLAND OFFICE